UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20687-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TRACY LAMONT MILES,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THE MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant's Motion to Suppress (DE 20). Magistrate Judge Otazo-Reyes conducted an evidentiary hearing on the Motion to Suppress January 8, 2020, and thereafter filed an R&R recommending that Defendant's motion be denied (DE 41). Defendant filed objections to the R&R (DE 48), and accordingly, the Court has conducted a *de novo* determination of the issues raised therein. Having reviewed the R&R, the objections, and the record in this case, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Report and Recommendation (DE 41) is **AFFIRMED** and **ADOPTED**. The Motion to Suppress (DE 16) is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of January, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE